# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

\*\*\*

BRODERICK J. HUNT,

        Plaintiff,

vs.

DEPARTMENT OF DEFENSE,

        Defendant.

2:19-cv-00099-JAD-VCF

**ORDER**

    Broderick Hunt has filed two Motions for Order Pursuant to Customer Challenge Provisions of the Right to Financial Privacy Act of 1978. (ECF Nos. 1, 2). Hunt seeks to prevent the Department of Defense from accessing his financial records pursuant to 12 U.S.C. § 3410.

    However, Hunt has failed to pay the required $47.00 filing fee in this case.[1] In addition, Hunt has failed to serve a copy of this motion on the Government. The certificates of service attached to his motion merely state that Hunt sent or delivered his motions to the Court. (ECF No. 1 at 3; ECF No. 2 at 3). Hunt must serve a copy of his motions on the Government to provide them with notice of this action. (*See* 12 U.S.C. § 3410(a); ECF No. 1-1 at 2; ECF No. 2-1 at 2).

    ACCORDINGLY, and for good cause shown,

    IT IS ORDERED that Hunt has until ~~February 8~~ February 27, 2019 to pay the filing fee and submit proof of service. Failure to do so will result in a recommendation that his motions be denied.

    DATED this 30th day of January, 2019.

CAM FERENBACH
UNITED STATES MAGISTRATE JUDGE

---

[1] If Hunt believes he is unable to pay the filing fee, he may consider applying to proceed *in forma pauperis*. *See* 28 U.S.C. § 1915; https://www.nvd.uscourts.gov/court-information/forms/.