**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

\*\*\*

BRODERICK J. HUNT,

        Plaintiff,

vs.

DEPARTMENT OF DEFENSE,

        Defendant.

2:19-cv-00099-JAD-VCF

**REPORT AND RECOMMENDATION**

Broderick Hunt has filed two Motions for Order Pursuant to Customer Challenge Provisions of the Right to Financial Privacy Act of 1978. (ECF Nos. 1, 2). However, Hunt failed to pay the required filing fee and serve a copy of this motion on the Government. (ECF No. 1 at 3; ECF No. 2 at 3; ECF No. 4). The Court gave Hunt until February 27, 2019 to pay the filing fee and submit proof of service, and warned that "[f]ailure to do so will result in a recommendation that his motions be denied." (ECF No. 5). Hunt has neither paid the filing fee nor submitted proof of service.

ACCORDINGLY, and for good cause shown,

IT IS RECOMMENDED that Hunt's Motions for Order Pursuant to Customer Challenge Provisions of the Right to Financial Privacy Act of 1978 (ECF Nos. 1, 2) be DENIED and the case closed.

**NOTICE**

Pursuant to Local Rules IB 3-1, a party may object to reports and recommendations issued by the Magistrate Judge. Objections must be in writing and filed with the Clerk of the Court within fourteen days. (*See* LR IB 3-1). The Supreme Court has held that the courts of appeal may determine that an appeal has been waived due to the failure to file objections within the specified time. *Thomas v. Arn*, 474 U.S. 140, 142 (1985). This circuit has also held that (1) failure to file objections within the specified time and (2)

failure to properly address and brief the objectionable issues waives the right to appeal the District Court's order and/or appeal factual issues from the order of the District Court. *Martinez v. Ylst*, 951 F.2d 1153, 1157 (9th Cir. 1991); *Britt v. Simi Valley United Sch. Dist.*, 708 F.2d 452, 454 (9th Cir. 1983).

Under LSR 2-2, the Plaintiff must immediately file written notification with the Court of any change of address. The notification must include proof of service upon each opposing party of the party's attorney. **Failure to comply with this Rule may result in dismissal of the action**. (*See* LSR 2-2).

IT IS SO RECOMMENDED.

DATED this 4th day of March, 2019.

_____
CAM FERENBACH
UNITED STATES MAGISTRATE JUDGE