**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

Broderick J. Hunt,

    Plaintiff

v.

Department of Defense,

    Defendant

Case No.: 2:19-cv-00099-JAD-VCF

**Order Adopting
Report & Recommendation,
Denying Motions,
and Dismissing Case**

[ECF Nos. 1, 2, 6]

    Pro se plaintiff Broderick J. Hunt has filed two Motions for Order Pursuant to Customer Challenge Provisions of the Right to Financial Privacy Act of 1978.[1] However, Hunt did not pay the court's required filing fee to initiate this action or serve a copy of his motion on the government, so the court gave him until February 27, 2019, to do so.[2] The court warned Hunt that his failure to take that action would result in a recommendation that his motions be denied.[3] Hunt failed to pay the filing fee or provide proof of service, so Magistrate Judge Ferenbach recommends that I deny his motions and close this case.[4] Objections to that report and recommendation were due March 18, 2019, and Hunt has neither filed objections nor moved to extend the deadline to do so. "[N]o review is required of a magistrate judge's report and

---

[1] ECF Nos. 1, 2.

[2] ECF No. 5.

[3] *Id*.

[4] ECF No. 6.

1

recommendation unless objections are filed."[5] Having reviewed the report and recommendation, I find good cause to adopt it, and I do.

Accordingly, IT IS HEREBY ORDERED that the Magistrate Judge's Report and Recommendation **[ECF No. 6] is ADOPTED** in its entirety. **All pending motions [ECF Nos. 1, 2] are DENIED**. The Clerk of Court is directed to DISMISS and CLOSE THIS CASE.

Dated: March 19, 2019

_____
U.S. District Judge Jennifer A. Dorsey

---

[5] *Schmidt v. Johnstone*, 263 F. Supp. 2d 1219, 1226 (D. Ariz. 2003); *see also Thomas v. Arn*, 474 U.S. 140, 150 (1985); *United States v. Reyna-Tapia*, 328 F.3d 1114, 1121 (9th Cir. 2003).